UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-2149 JGB (SPx)** | Date | June 20, 2024 |
| Title | *GS Holistic, LLC v. Puff and Up Inc., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) REQUIRING the Parties to Show Cause re: Failure to Prosecute; (2) COMPELLING the Parties to File Their Joint Rule 26(f) Report No Later Than June 28, 2024; and (3) CONTINUING the Scheduling Conference to July 8, 2024 (IN CHAMBERS)

On December 1, 2022, Plaintiff GS Holistic, LLC ("Plaintiff") filed complaint against Defendants Puff and Up Inc. and Deep Shankar Subedi (collectively, "Defendants"). ("Complaint," Dkt. No. 1.)  On April 24, 2024, the Court issued an order setting a Scheduling Conference for June 24, 2024. ("Order," Dkt. No. 39.)  Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's Order, the parties were required to file a Joint Rule 26(f) "**not later than 14 days before [the date of] the [scheduling] conference**." (Order at 2 (emphasis added).); see also Fed. R. Civ. P. 26(f); L.R. 26.

As of the date of this order, the parties have not filed their Joint Rule 26(f) Report. Accordingly, the Court, on its own motion, **ORDERS** the parties to show cause why this matter should not be dismissed without prejudice for failure to prosecute. Link v. Wabash R. Co., 370 U.S. 626 (1962) (stating the court has inherent power to dismiss for lack of prosecution on its own motion). Each party is required to respond in writing, on or before **June 28, 2024**. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against either or both of the parties. The Court further **ORDERS** the parties to comply with its Order and file a Joint Rule 26(f) Report not later than **June 28, 2024**. The Scheduling Conference is **CONTINUED** to **July 8, 2024**, at 11:00 a.m.

**IT IS SO ORDERED.**